E-FILED
Monday, 19 June, 2017  03:20:03 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

)
)
)
Plaintiff,  )
*Gary Hatter*  )
v.  )
)  Case No. 17-2141
)
)
)  Defendant(s).  )
*Gloria Williams*  )
*Edward Bland*
*Medra Seals*

**FILED**

JUN 19 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.  JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II.  PARTIES**

**Plaintiff:**

A.    Plaintiff, a citizen of _ILLINOIS_ (state), who resides at

_PO BOX 1033 Mahomet, IL. 61853_, alleges that

his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.    Defendant _Gloria Williams_ is employed as a
(a) (Name of First Defendant)

_Deputy Director_
(b) (Position/Title)

with _Housing Authority of Champaign County_
(c) (Employer's Name and Address)

_205 W. Park Ave._
_Champaign, IL. 61820_

1

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages.**   Briefly describe how this defendant participated:

Discrimination, Retaliation, Abuse, Harassment, ~~Bullying~~ Bullying, terminated me by violating the law + rules making me homeless, took away my voucher I had for 23 years, Threatened me a Handicap/Disabled person

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.   Defendant ___Edward Bland___ is employed as a
(a) (Name of Second Defendant)
___Executive Director___
(b) (Position/Title)
with ___Housing Authority of Champaign County___ .
(c) (Employer's Name and Address)
205 W. Park Ave., Champaign, IL. 61820

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages.**   Briefly describe how this defendant participated:

Edward Bland supported (Gloria Williams boss) everything she did to me + upheld her conduct. This guy violated the law + rules. Edward was involved in everything I list Gloria Williams did to me.

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #3:**

D.    Defendant _Medra Seals_ is employed as a
_(Case Worker) HCV Specialist_
(a) (Name of Third Defendant)
(b) (Position/Title)
with _Housing Authority of Champaign County_.
(c) ) (Employer's Name and Address)
205 W. ~~Park~~ Park ave, Champaign, IL. 61820
Park

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

_Medra Seals signed most of the letters_
_I received including Proposed Termination_

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

### III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes
☐              ☑No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

      1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

      2.    Date of Filing:

      3.    Case Number:

      4.    Jurisdiction/Court:

      5.    Name of Judge:

      6.    Issues Raised:

      7.    Disposition of Case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?):

      8.    Date of Final Disposition:

## IV. STATEMENT OF CLAIM



*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth **each** claim in a **separate** paragraph.*

1. On or about_____(month,day,year), at approximately _____

□ a.m. □ p.m., plaintiff was present in the municipality (or unincorporated area of)

_____, in the County of

_____, in the State of Illinois, at

_____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies):*

□      arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

□      searched plaintiff or his property without a warrant and without reasonable cause;

□      used excessive force upon plaintiff;

□      failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

□      failed to provide plaintiff with necessary medical care;

□      conspired together to violate one or more of plaintiff's civil rights;

□      other *(please explain)*: _____

_____

_____

2. Plaintiff was charged with one or more crimes, specifically:

_____

_____

3. The criminal proceedings *(check the box that applies):*

□      are still pending.
□      were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
□      resulted in a finding of guilty on one or more of the charges.
□      other:_____

_____

_____

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

June 22, 2015 - October 28, 2015
Discrimination, Retaliation, Abuse,
Harassment, Bullying, threatened me
a Handicap/Disabled person. Laws
and rule violations were broken
that made me homeless and took
away my voucher that I had
been on for 23 years.

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

Made Homeless, lost self esteem,
lost my home I lived in for 18 years,
pain + suffering, added neck surgery,
emotional Harm

7.  Plaintiff asks that this case be tried by a jury.   ☐ Yes      ☑ No

6

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1.  Compensatory Damages in the amount of $ *2.4 million* to compensate for *(check all that apply)*:

        ☑ bodily harm
        ☑ emotional harm
        ☑ pain and suffering
        ☐ loss of income
        ☑ loss of enjoyment of life
        ☑ property damage

2.  Punitive Damages:     ☑ Yes     ☐ No

3.  Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: *June 19, 2017*

Signature of Plaintiff: *Gary Hatter*

Plaintiff's Name *(print clearly or type)*: *Gary Hatter*

Mailing Address: *P.O. BOX 1033*

City: *Mahomet*     State: *IL.*     Zip: *61853*

Plaintiff's Telephone Number: (*217*) *898-9824*