# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

**FILED**
SEP -1 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Gary Hatter Sr.
Plaintiff,

v.

Housing Authority of Champaign County, a corporation, Ben Carson, Secretary of the U.S. Department of Housing and Urban Development
Edward Bland
Gloria Williams
Medra Seals
Amanda Motyka
Defendant(s).

Case No. 17-2141

Amended

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of __ILLINOIS__ (state), who resides at __PO BOX 1933, Mahomet, IL. 61853__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant __Housing Authority of Champaign County__ is employed as a
(a) (Name of First Defendant)

_____
(b) (Position/Title)

with __205 W. Park Ave., Champaign, IL. 61820__
(c) (Employer's Name and Address)

1

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C. Defendant ___Ben Carson___ is employed as a
(a) (Name of Second Defendant)
___Secretary of HUD___
(b) (Position/Title)
with ___451 7th Street S.W.___
___Washington, DC. 20410___
(c) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

The investigation was by law supposed to be completed within 100 days & it wasn't completed for 18 months & nothing was investigated, nothing to prove I did anything wrong. HUD also did no investigation into me being Discriminated, Retaliated against, Harassed, threatened, abused and falsely

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

terminated. I'm a handicap/disabled person. They let the HACC govern themselves and get by with Discrimination, Retaliation, Abuse, Harassment, violating rules & laws, and throw innocent people out into the street. This was & still is pure torture

**Defendant #3:**
D. Defendant _Edward Bland_ is employed as a
(a) (Name of Third Defendant)
_Executive Director_
(b) (Position/Title)
with _Housing Authority of Champaign County_
(c) (Employer's Name and Address)
_205 W. Park Ave. Champaign, IL. 61820_

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Edward Bland stated he was going to force me to move, also he upheld Gloria Williams conduct and proposed termination without any proof. He also delayed my formal Hearing until after Ms. Amanda Moiyka decision and then she did it while I was in Texas seeking medical attention, then terminated me.

☐ ~~The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:~~

Violated Hearing Rules and put himself in the position of a decision maker at my informal hearing making this a conflict of interest because stated prior to this hearing he was forcing me to move. This was and still is pure torture

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

Defendant #4

Gloria Williams is employed as a Deputy Director
with Housing Authority of Champaign County
205 W. Park Ave.
Champaign, IL. 61820

☒ This person personally participated in causing my injury, and I want money damages

Discrimination, Retaliation, Abuse, Harassment, Bullying a disabled person, threatened to terminate me, proposed Termination with no proof or no research, terminated me by violating the rules & the law making me homeless, took away my voucher that I had for 23 years, threatened me a Handicap/Disabled person. This won't go away & stresses me out daily the horror of being homeless. This has hurt so bad that I have flashbacks of this horrible, terrifying experience I just won't go away. This was and still is pure Torture.

Defendant #5

Medra Seals is employed as a (Case Worker) HCV Specialist
with Housing Authority of Champaign County
205 W. Park Ave. Champaign, IL. 61820

☒ this defendant personally participated in causing my injury, and I want money damages, Medra Seals signed the proposed termination along with most of the letters I received.

Defendant

Amanda Motyka is employed as a FHEO Specialist
with FHEO in Chicago FHEO Center
77 W Jackson Boulevard Suite 2101
Chicago, IL 60604

☒ This person personally participated in causing my injury and I want money damages. She didnt ~~properly~~ properly investigate the case I filed. Left out stuff and asked for my ~~~~ documents and proof.

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☐   ☑ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1. Parties to previous lawsuits:

    Plaintiff(s):

    Defendant(s):

2. Date of Filing:

3. Case Number:

4. Jurisdiction/Court:

5. Name of Judge:

6. Issues Raised:

7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

8. Date of Final Disposition:

4

IV. STATEMENT OF CLAIM     N/A

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about _____(month,day,year), at approximately _____ ☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) _____, in the County of _____, in the State of Illinois, at _____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☐ conspired together to violate one or more of plaintiff's civil rights;

☐ other *(please explain)*: _____
_____
_____

2. Plaintiff was charged with one or more crimes, specifically:
_____
_____

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☐ other:_____
_____
_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

June 22, 2015 - June 23, 2015

Recertified appt. June 22, 2015. Gloria Williams denied my reasonable Accomodation, I reported her to James Rose on the board. She stated she don't care if I'm disabled, Just because I'm disabled don't give me priviledges, Sent out an inspector for no reason or notice, She threatened to terminate me, stated this program wasn't for single white guys like me, pulled my credit report in retaliation for me requesting I wanted a reasonable accomodation,

June 25, 2015 → I reported her to James Rose a board member Gloria Williams seen a log I took out 4/2004 She approved my reasonable accomodation June 29, 2015 Gloria Williams proposed termination 7/13/2015 Threatened to file Harassment on me for asking her where missing paper were, I received a letter my hearing was delayed, HACC scheduled a hearing when I was in Texas seeking medical attention even though it was delayed, without me being informed the HACC terminated me.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

Made me Homeless, mental stress, everyday I live with flashbacks of this horror, lead to a neck surgery, pain & suffering, emotional Harm Lost my Home I lived in for 18 years

7. Plaintiff asks that this case be tried by a jury. ☐ Yes  ☑ No

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ __2.4 million__ to compensate for *(check all that apply)*:

    - ☑ bodily harm
    - ☑ emotional harm
    - ☑ pain and suffering
    - ☐ loss of income
    - ☑ loss of enjoyment of life
    - ☑ property damage

2. Punitive Damages:     ☑ Yes     ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: __August 31, 2017__

Signature of Plaintiff: __Gary Hatter__

Plaintiff's Name *(print clearly or type)*: __Gary Hatter__

Mailing Address: __PO Box 1033__

City: __Mahomet__     State: __IL__     Zip: __61853__

Plaintiff's Telephone Number: __(217) 898-9824__

7