E-FILED
Friday, 20 July, 2018 11:12:26 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

Gary Hatter Sr. )
)
Plaintiff, )
)
v. )
) Case No. 17-2141
Edward Bland, )
Medre Seals, )
Gloria Williams, )
Defendant(s). )
Housing Authority of Champaign County (HACC)

Amended

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:


II. **PARTIES**

**Plaintiff:**

A.  Plaintiff, a citizen of __Illinois__ (state), who resides at __PO Box 1033, Mahomet, IL 61853__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.  Defendant __Edward Bland__ is employed as a
    (a) (Name of First Defendant)
__Executive Director__
    (b) (Position/Title)
with __Housing Authority of Champaign County__
    (c) (Employer's Name and Address)
__205 W Park Ave. Champaign, IL 61820__

1

## Defendant #1

### Edward Bland

Edward Bland stated he was going to force me to move because they were downsizing. Bland approved Gloria Williams violations from Discrimination, Retaliation and terminating me from the Section 8 Voucher program and upheld Gloria Williams decision without her having any evidence to terminate me. Bland sent me a letter stating my formal hearing is delayed until after the conclusion of Amanda Motyka's decision and then scheduled a hearing during the delay period and terminated my financial housing assistance, section 8 Voucher program that I had been on for over 20 years. Bland violated Hearing rules by putting himself in the position as a hearing officer in my informal hearing because he stated that he was going to force me to move prior to this hearing making it a conflict of interest for him to make a decision to side up with Gloria Williams and uphold her allegations.

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Attached as Defendant 1

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C. Defendant **Medre Seals** is employed as a
   (a) (Name of Second Defendant)
**HCV Specialist**
   (b) (Position/Title)
with **Housing Authority of Champaign County**
   (c) (Employer's Name and Address)
**205 W. Park Ave. Champaign, IL 61820**

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Attached as Defendant 2

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

### Defendant 2

### Medre Seals

Medre Seals sent me a proposed termination letter without any proof I did anything wrong just one business day after calling me and telling me that my recertification and reasonable accommodation was approved for the next two years and that I didn't have to worry about having to move.

**Defendant #3:**

D.  Defendant ___Gloria Williams___ is employed as a
    (a) (Name of Third Defendant)
    ___Deputy Director___
    (b) (Position/Title)
with ___Housing Authority of Champaign County___.
    (c) ) (Employer's Name and Address)
___205 W. Park Ave. Champaign, IL 61820___

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Attached as Defendant 3

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

Defendant #3

Gloria Williams

Gloria Williams Discriminated against me, Retaliation, Abuse, Harassment, Bulling a disabled person, threatened to terminate me on June 23, 2015 and violated my Formal Hearing that was being Delayed and did terminate me as she threatened, by scheduling my Formal Hearing during this period without informing the Hearing Officer that my Formal Hearing is being Delayed and that I was getting medical treatment in Houston Texas and had no way to know or never expected Gloria Williams to schedule my Formal Hearing just two days after my first Doctor Appointment in Houston Texas and against a letter sent to me stating my Formal Hearing is being delayed. This is clearly deception and refusing to reinstate me is discrimination.

Gloria Williams Proposed Termination without any proof and this is why she scheduled my Formal Hearing when she did was because she knew I had done nothing wrong and that I was going to prove this if I was at my Formal Hearing. This is why my Formal hearing was illegally scheduled when it was so I wouldn't know anything about it, not expecting it so she could terminate me as she has threatened to do from day one.

When I came back home on November 12, 2015 from my doctor's appointments and found out I had been illegally terminated and since I now had no money to pay the full amount of my rent, I was forced on the street and made homeless for the first time in my life.

This is a horrible and terrifying experience and I still wake up in the middle of the night scared and I have flashbacks about what I experienced and wonder how something like what I went through could have even happened.

Defendant #4:

F.  Defendant _____Housing Authority of Champaign County_____ is employed as a

_____Corporation_____

with _____Housing Authority of Champaign County_____

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.
Briefly describe how this defendant participated:

Attached as Defendant 4

☐ The policy or custom of this official's government agency violates my rights, and I seek **injuctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

## Defendant 4

## The Housing Authority of Champaign County (HACC)

The Housing Authority of Champaign County (HACC) was running a criminal and illegal enterprise by not following the laws, violating the rules including governing themselves and keeping what they were doing a secret by never letting anyone else put themselves and myself in the same room and hear both sides of the evidence. The HACC Discriminated against me, Retaliation, Abuse, Harassment, Bulling a disabled person, threatened to terminate me and violated my Formal Hearing that was being Delayed and terminated me illegally as threatened months before, by scheduling my Formal Hearing during this period without informing the Hearing Officer that my Formal Hearing is being Delayed and that I was getting medical treatment in Houston Texas and had no way to know or never expected the HACC to schedule my Formal Hearing just two days after my first Doctor Appointment in Houston Texas and against a letter the HACC sent to me stating my Formal Hearing is being delayed until after the conclusion of my discrimination investigation that didn't happen for several months I was terminated. This is clearly deception and refusing to reinstate me is discrimination. The HACC Proposed Termination without any proof I did anything wrong and this is why the HACC scheduled my Formal Hearing when they did was because they knew I had done nothing wrong and that I was going to prove this if I was at my Formal Hearing. This is why my Formal Hearing was illegally scheduled when it was so I wouldn't know anything about it, not expecting it, so they could lie or omit the fact the HACC knew about my Formal Hearing being delayed for several more months by pulling a fast one just to terminate me as they have threatened to do from day one.

When I came back home on November 12, 2015 from my doctor's appointments and found out I had been illegally terminated I contacted the independant Hearing Officer who instructed me to contact HUD which I did. Since I now had no money to pay the full amount of my rent, I was forced out of my apartment and onto the street and made homeless for the first time in my life. This is a horrible and terrifying experience and I still wake up in the middle of the night at where ever I may be at the time scared. I have flashbacks about what I experienced and wonder how something like what I went through could have even happened.

If it happens that I was supposed to check the other box, then the following US Code should be used as a Waiver of Sovereign Immunity.

### 42 U.S. Code § 2000d–7 - Civil rights remedies equalization

(1) A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [   U.S.C.   ], title IX of the Education Amendments of 1972 [   U.S.C.   et seq.], the Age Discrimination Act of 1975 [   U.S.C.   et seq.], title VI of the Civil Rights Act of 1964 [   U.S.C.   et seq.], or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance.

## III. PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in federal court? Yes ☐   ☒No

B.  If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

   1.  Parties to previous lawsuits:

       Plaintiff(s):

       Defendant(s):

   2.  Date of Filing:

   3.  Case Number:

   4.  Jurisdiction/Court:

   5.  Name of Judge:

   6.  Issues Raised:

   7.  Disposition of Case (for example:  Was the case dismissed? Was it appealed? Is it still pending?):

   8.  Date of Final Disposition:

4

N/A

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about _____ (month,day,year), at approximately _____ ☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) _____, in the County of _____, in the State of Illinois, at _____

   where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

   ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

   ☐   searched plaintiff or his property without a warrant and without reasonable cause;

   ☐   used excessive force upon plaintiff;

   ☐   failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

   ☐   failed to provide plaintiff with necessary medical care;

   ☐   conspired together to violate one or more of plaintiff's civil rights;

   ☐   other *(please explain)*: _____

2. Plaintiff was charged with one or more crimes, specifically: _____

3. The criminal proceedings *(check the box that applies)*:

   ☐   are still pending.
   ☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
   ☐   resulted in a finding of guilty on one or more of the charges.
   ☐   other: _____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

June 22, 2015 - June 23, 2015

Recertified apot. June 22, 2015. Gloria Williams denied my reasonable Accomodation. I reported her to James Rose on the board. She stated she don't care if I'm disabled, just because I'm disabled don't give me pewiledges, sent out an inspector for no reason or notice, She threatened to terminate me, stated this program wasn't for single white guys like me, pulled my credit report in retaliation for me requesting I wanted a reasonable accomodation.

June 25, 2015 → I reported her to James Rose a board member Gloria Williams Seen 4 logs I took out 4/2004 She approved my reasonable accomodation. Then Gloria Williams proposed termination 7/13/2015 June 29, 20 Threatened to file Harassment on me for asking for where missing paperwork. I recieved a letter my hearing was delayed. HACC scheduled a hearing when I was in Texas seeking medical attention even though it was delayed, without me being informed the HACC terminated me.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

Made me Homeless, mental stress, everyday I live with flashbacks of this horror, lead to a neck surgery, pain suffering, emotional harm. Lost my Home I lived in for 18 years

7. Plaintiff asks that this case be tried by a jury.   ☐ Yes   ☒ No

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 2,400,000 to compensate for *(check all that apply)*:

    - ☒ bodily harm
    - ☒ emotional harm
    - ☒ pain and suffering
    - ☐ loss of income
    - ☒ loss of enjoyment of life
    - ☒ property damage

2. Punitive Damages: ☒ Yes ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: ~~~~~~~~ 7/17/2018

Signature of Plaintiff: *Gary Hatter*

Plaintiff's Name *(print clearly or type)*: Gary Hatter

Mailing Address: PO Box 1033

City: Mahomet   State: IL   Zip: 61853

Plaintiff's Telephone Number: (217) 898-9824

7